■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEN HAYMON, Appellant. (Appeal No. 2.) [716 NYS2d 926] —Judgment unanimously affirmed. Same Memorandum as in *People v Haymon* (277 AD2d 971 [decided herewith]). (Appeal from Judgment of Monroe County Court, Smith, J.—Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.